An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68453

**FILED**

AUG 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Appellant has submitted a "Notice of Voluntary Dismissal."[1] We elect to treat this notice as a motion for a voluntary dismissal of this appeal and, cause appearing, we grant it. We

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Elliott A. Sattler, District Judge
        Frank Milford Peck
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

_____

[1]The clerk of this court shall file the "Notice of Voluntary Dismissal" received on July 22, 2015.

15-24897